UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. FARNSWORTH,

        Petitioner,

   v.

JERI BOE,

        Respondent.

CASE NO. 3:20-cv-05067-BHS-JRC

ORDER GRANTING UNOPPOSED REQUEST FOR STAY AND ABEYANCE

This matter is before the Court on petitioner's motion to stay, to which respondent states that he has no opposition. *See* Dkts. 6, 10.

According to petitioner, proceedings regarding one of his personal restraint petitions are pending in Washington State Supreme Court and raise at least three of his grounds for review. *See* Dkt. 1. Because petitioner is in the process of exhausting certain of his grounds and because respondent has no objection to the stay (*see* Dkt. 10, at 2), the Court will grant petitioner's request for a stay and abeyance of this matter. *See Rhines v. Weber,* 544 U.S. 269, 275–79 (2005).

1  The stay in this matter shall lift 30 days after the mandate is issued in the state court on
2  the personal restraint petition.  Petitioner shall file a status report **June 26, 2020** informing the
3  Court of the status of his personal restraint petition.

4  Dated this 27th day of April, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING UNOPPOSED REQUEST FOR
STAY AND ABEYANCE - 2