1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

CHARLES V. FARNSWORTH,

11                         Petitioner,

12        v.

13    JERI BOE,

14                         Respondent.

CASE NO. 3:20-cv-05067-BHS-JRC

ORDER TO FILE SECOND
AMENDED PETITION AND
DENYING MOTION TO STRIKE

15

16        This matter is before the Court on plaintiff's amended petition for writ of habeas corpus

17    and respondent's answer to the amended petition.  *See* Dkts. 51, 58.

18        In January 2020, petitioner, who is *pro se*, filed his habeas petition in this matter.  *See*

19    Dkt. 1.  The Court directed service of the petition.  Dkt. 7.

20        Then, in August 2020, petitioner initiated a separate case in this Court, filing a different

21    petition challenging the same conviction, under a different cause number.  *See* Dkt. 36.  In

22    November 2020 (*see* Dkt. 51), District Court Judge John C. Coughenour adopted the

23    undersigned's report and recommendation and directed the Clerk's Office to file the second

24

ORDER TO FILE SECOND AMENDED PETITION
AND DENYING MOTION TO STRIKE - 1

1    habeas petition under this cause number as petitioner's amended habeas petition.  *See* Dkt. 36.

2    The Court did this pursuant to the rule that where a second habeas petition is filed while an

3    earlier habeas petition pertaining to the same state court proceeding is still pending, the district

4    court should construe the second petition as a motion to amend the earlier-filed petition and

5    because petitioner was still entitled to amend his petition in this proceeding without leave of

6    court.  *See* Dkt. 36, at 2.

7         In the meantime, respondent had already filed the answer to petitioner's first habeas

8    petition in this matter.  Dkt. 45.  Therefore, the Court also ordered respondent to file an amended

9    answer pertaining to the amended habeas petition.  *See* Dkt. 52.  Respondent filed the amended

10   answer (Dkt. 58), and petitioner filed his response.  Dkt. 62.

11        Upon review of petitioner's response to the answer, however, it appears that petitioner

12   has incorporated his arguments related to both his original petition and his amended petition.  *See*

13   Dkt. 62.  This is improper.  It is well-settled that where an amended habeas petition is filed, it

14   completely replaces the original habeas petition.  *E.g.*, *Daniels v. Felker*, No. 1:08–CV–01590

15   AWI MJS HC., 2010 WL 2867369, at *3 (E.D. Cal. 2010) (amended habeas petition supersedes

16   original habeas petition) (citing *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir.1997),

17   overruled on other grounds by *Lacey v. Maricopa Cty.*, 693 F.3d 896, 928 (9th Cir. 2012)); *see*

18   *also Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("In other words,

19   'the original pleading no longer performs any function[.]'" (Internal citation omitted.)).

20        However, the Court also notes that it is not clear whether petitioner was aware that his

21   second petition would completely supersede his first petition.  The Court should not simply

22   ignore petitioner's many arguments related to his conviction that he raised in his first petition,

23

24

ORDER TO FILE SECOND AMENDED PETITION
AND DENYING MOTION TO STRIKE - 2

1    where it is unclear that petitioner was aware that his filing of a second petition in this Court

2    would effectively amount to a waiver of arguments in his first petition that he did not reassert.

3         The Court also notes that petitioner has filed a motion to strike respondent's brief in

4    support of his answer.  *See* Dkt. 64.  Because the motion to strike addresses briefing related to

5    the amended petition and because the Court is ordering petitioner to file a second amended

6    petition, the motion to strike is moot.

7         Therefore, the Court orders—

8         (1)  On or before **April 9, 2021**, petitioner shall file a second amended petition that

9    includes all of his grounds for relief related to his state court conviction for first-degree robbery

10   under Pierce County Superior Court cause number 09-1-04643-5.  *See* Dkt. 46-1, at 2.  Petitioner

11   shall use the Court's form.  His second amended petition will be treated as completely

12   superseding and replacing his other habeas petitions in this matter.  Petitioner is cautioned not to

13   incorporate by reference any of his arguments in other documents filed in this cause number, or

14   any other cause number, as the new second amended petition will be a **complete substitute** for

15   the former petitions.

16        (2)  Respondent shall file a second amended answer to the second amended petition

17   within **30 days** of petitioner's filing of the second amended petition.  Respondent shall not rely

18   on prior briefs filed in this matter and shall respond to petitioner's grounds for relief and

19   arguments in the second amended petition.  Respondent may rely on the records of state court

20   proceedings filed previously in this matter, as appropriate.

21        (3)  Respondent shall note the second amended answer in accordance with Rule 5 of the

22   Rules Governing Section 2254 Cases in United States District Courts.  The second amended

23   answer shall be noted for consideration on the fourth Friday after filing.  Petitioner may file and

24

1  serve a response not later than the Monday immediately preceding the Friday designated for

2  consideration of the matter, and respondent may file and serve a reply not later than the Friday

3  designated for consideration of the matter.  The parties should otherwise refer to the terms of the

4  Court's prior scheduling order (Dkt. 7), except as amended or superseded herein.

5        (4) The Clerk's Office shall strike the noting dates for respondent's answers previously

6  filed (Dkts. 45, 58) and shall update the docket to reflect that petitioner's motion to strike (Dkt.

7  64) is denied as moot.  The Clerk's Office shall also provide petitioner with a copy of the Court's

8  form for § 2254 petitions.

9        Dated this 9th day of March, 2021.

10

11

12

13  J. Richard Creatura
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER TO FILE SECOND AMENDED PETITION
AND DENYING MOTION TO STRIKE - 4